STATE of Missouri, Respondent,

v.

Robert E. BROWNING, Appellant.

Nos. WD 49683, WD 51208.

Missouri Court of Appeals,
Western District.

Sept. 24, 1996.

As Modified Oct. 1, 1996.

Jarrett A. Johnson, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SMART, JJ.

#### *ORDER*

PER CURIAM:

Appeal from jury conviction of second degree robbery, § 569.030 RSMo 1986, as well as denial of Rule 29.15 motion for post-conviction relief.

used articles of personality may be equated with or substituted for 'fair market value.'" *Bridgeforth*, 490 S.W.2d at 425.

Conviction affirmed, Rule 30.25(b). Denial affirmed, Rule 84.16(b).